IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRI CAMPBELL**  PLAINTIFF

v.  No. 4:11-cv-579-DPM

**CHRISTY WARDLAW, JAMES SCROGGINS,
and BRIAN HALL, Individually and in their
Official Capacities**  DEFENDANTS

### ORDER

The Court appreciates counsels' explanation of their difficulties in communicating with Ms. Campbell and how those difficulties prevented moving forward with service. *Document No. 5.* Campbell's complaint is dismissed without prejudice for want of service. FED. R. CIV. P. 4(m).

_____
D.P. Marshall Jr.
United States District Judge

27 April 2012