IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRI CAMPBELL**                                                                **PLAINTIFF**

v.                              No. 4:11-cv-579-DPM

**CHRISTY WARDLAW, JAMES SCROGGINS,**
**and BRIAN HALL, Individually and in their**
**Official Capacities**                                                             **DEFENDANTS**

## JUDGMENT

Terri Campbell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2012